IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KEVIN COATES, *et al.*, | ) |
| *Plaintiffs*, | ) Case No. 1:22-cv-00280 |
| v. | ) District Judge Charles E. Atchley, Jr. |
| SHERMAN + REILLY, INC. | ) Magistrate Judge Christopher H. Steger |
| *Defendant*. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kevin Coates and Anthony Cordell and Defendant Sherman + Reilly, Inc. jointly submit this stipulation of dismissal with prejudice. This matter has been resolved through a negotiated confidential settlement. Accordingly, the Parties, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk is requested to close the case.

Respectfully submitted this 21st day of November, 2023.

[*signatures on the next page*]

**BURNETTE, DOBSON & PINCHAK**

By: /s/ Harry F. Burnette
Frank P. Pinchak, BPR No. 002094
Harry F. Burnette, BPR No. 004803
H. Eric Burnette, BPR No. 24342

711 Cherry Street
Chattanooga, TN 37402
Telephone: (423) 266-2121
Facsimile: (423) 266-3324

*Attorneys for Plaintiffs*

and

**MILLER & MARTIN PLLC**

By: /s/ Charles B. Lee
Charles B. Lee, BPR No. 011570
Erin E. Steelman, BPR No. 038463

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

and

Michael D. Kaufman
The Hawkins Law Firm LLC
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
(admitted *pro hac vice*)

*Attorneys for Defendant Sherman + Reilly, Inc.*

2